UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x   16-CV-00702(ARR)(SMG)

HANY SAMAAN,

              Plaintiff

       -against-

VIRTUOSO SOURCING GROUP, LLC,

              Defendant

-----------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL

   PLEASE TAKE NOTICE, as no party named herein is an infant or an incompetent person and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the above-entitled action shall be, and hereby is, voluntarily dismissed by the Plaintiff, HANY SAMAAN, with prejudice and without costs and/or attorneys fees as to any party named herein.

DATED: New York, New York
          April 19, 2016

                                        ROBERT L. ARLEO, ESQ. P.C.
                                        By: *Robert L. Arleo*
                                             ROBERT L. ARLEO
                                           380 Lexington Avenue, 17th Fl.
                                           New York, New York  10168
                                           Attorney for the Plaintiff
                                           Phone: (212) 551-1115
                                           Fax: (518) 751-1801
                                           Email: robertarleo@gmail.com


